No. 218. WOLTER *v.* SAFEWAY STORES, INC. November 18, 1946.

No. 282. MASON *v.* NEW YORK. November 18, 1946.

No. 449. ORDER OF RAILROAD TELEGRAPHERS ET AL. *v.* NEW ORLEANS, TEXAS & MEXICO RAILWAY CO. ET AL. November 18, 1946.

No. 165. PEELER *v.* PEELER. November 25, 1946.

No. 484. BAKER ET AL. *v.* UNITED STATES. November 25, 1946.

No. 485. SILVERMAN *v.* UNITED STATES. November 25, 1946.

No. 486. JOHNSON *v.* UNITED STATES. November 25, 1946.

No. 501. OKONITE COMPANY *v.* COMMISSIONER OF INTERNAL REVENUE. November 25, 1946.

No. 531. COOK *v.* FORTSON, SECRETARY OF STATE, ET AL. November 25, 1946.

No. 532. TURMAN ET AL. *v.* DUCKWORTH, CHAIRMAN, ET AL. November 25, 1946.